UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM M. LOMBARD, II | * | |
| Plaintiff | * | |
| v. | * | Case No. CCB00-3283 |
| APPLIED GRAPHICS TECHNOLOGIES INC. | * | |
| | * | |
| Defendant | | |
| | * | |

* * * * * * * * *

## ORDER

The Plaintiff's Motion for Enlargement of Time having been considered, and the Motion having represented to the Court that the Defendant has no objection to the Motion, it is this 22d day of November, 2000, by the United States District Court for the District of Maryland,

ORDERED, That Plaintiff's Motion for Enlargement of Time to file an Answer to the Motion to Dismiss and/or Transfer is GRANTED, and the Plaintiff shall have until December 15, 2000, to file an Answer to the Motion to Dismiss and/or Transfer.

_____
JUDGE

cc:

Thomas M. Meachum, Esquire
Reese and Carney, LLP
10715 Charter Drive
Columbia, Maryland 21044

Charles S. Hirsch, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
300 E. Lombard, Suite 1900
Baltimore, MD 21202