UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM M. LOMBARD, II,                         *

         Plaintiff,                            *

v.                                              *    Case No. CCB00-3283

APPLIED GRAPHICS TECHNOLOGIES, INC.,            *

         Defendant.                           *

*       *       *       *       *       *       *       *       *       *       *       *       *

## ORDER

The Defendant's Motion for Enlargement of Time to File Reply to Motion to Dismiss or Transfer having been considered, and the Motion having represented to the Court that the Defendant has no objection to the Motion, it is this 21 day of December, 2000, by the United States District Court for the District of Maryland,

ORDERED, that the Defendant's Motion for Enlargement of Time to File Reply to Motion to Dismiss or Transfer is GRANTED, and the Defendant shall have until January 12, 2001, to file an Answer to the Motion to Dismiss or Transfer.

                                      _____

                                      Catherine C. Blake, Judge

cc:    Charles S. Hirsch, Esquire
       Ballard Spahr Andrews & Ingersoll, LP
       300 E. Lombard, Suite 1900
       Baltimore, MD 21202

       Thomas M. Meachum, Esquire
       Reese and Carney, LLP
       10715 Charter Drive
       Columbia, MD 21044