IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM M. LOMBARD, II              :
                                    :
   v.                               :        CIVIL NO. CCB-00-3283
                                    :
APPLIED GRAPHICS TECHNOLOGIES,      :
   INC.                             :

...o0o...

**ORDER**

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Defendant AGT's Motion to Dismiss or Transfer is **denied without prejudice**;

2. A separate Scheduling Order is being issued simultaneously; and

3. Copies of this Order and the accompanying Memorandum shall be mailed to counsel of record.

_June 19, 2001_
Date

_Catherine C. Blake_
Catherine C. Blake
United States District Judge

12