DAVID A. CARNEY
DANIEL H. SCHERR
LAURENCE B. RABER
P. TYSON BENNETT
KEVIN J. KELEHAN
THOMAS M. MEACHUM
JUDITH S. BRESLER
MICHAEL S. MOLINARO
L. ROLAND STURM
SUSAN E. BEASLEY
ERIC C. BROUSAIDES
MARY C. REESE
B. DARREN BURNS
MANISHA S. KAVADI
MICHELLE DIDONATO

# REESE AND CARNEY, LLP

ATTORNEYS AT LAW

10715 CHARTER DRIVE

COLUMBIA, MARYLAND 21044

(410) 740-4600

WASHINGTON AREA

(301) 621-5255

BALTIMORE FAX (410) 730-7729
WASHINGTON FAX (301) 621-5273

170 JENNIFER ROAD
SUITE 245
ANNAPOLIS, MARYLAND 21401
(410) 573-2001

255 N. WASHINGTON STREET
SUITE 505
ROCKVILLE, MARYLAND 20850
(301) 762-6210

OF COUNSEL
CHARLES A. REESE
AUGUST W. STEINHILBER *

DAVID C. HJORTSBERG
(1941-1997)

* ADMITTED IN WASHINGTON, D.C.
AND OHIO

June 22, 2001

The Honorable Catherine C. Blake
United States District Judge
101 West Lombard Street
Baltimore, MD 21201

   Re: *Lombard v. Applied Graphics Technologies, Inc.*
     Case No. CCB00-3283

Dear Judge Blake:

  In reference to the Scheduling Order, the only request for change I have is that the three July 3 dates for the report on deposition hours, decision on ADR, and trial before a magistrate, be postponed for two weeks until July 17, 2001. A change in this fashion should not require any other dates to change. The reason for this request is that I will be out of State between June 25 and July 6, 2001, and of course, have just received the Scheduling Order. I am simply asking for a little more time to consider the decisions that have to be made and the information to be provided for those three items.

  I have spoken with Mr. Hirsch and he has agreed to my request for a postponement of the July 3 dates until July 17, 2001.

  Thank you for your consideration.

*Approved* THIS 25 DAY OF June, 2001

/s/
UNITED STATES DISTRICT JUDGE

Very truly yours,

REESE AND CARNEY, LLP

Thomas M. Meachum

TMM/jb
cc: William Lombard, II
   Charles S. Hirsch, Esquire