FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 OCT 18  A 11: 17

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

FILED _____ENTERED
_____LODGED ____

OCT 17 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPU

BY

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

_____
                                        x

WILLIAM M. LOMBARD, II,

                    Plaintiff,

          -against-

APPLIED GRAPHICS TECHNOLOGIES, INC.

                    Defendant.

_____
                                        x

:    Case No. CCB00-3283
:
:
:    STIPULATION OF
:    DISMISSAL
:

IT IS HEREBY AGREED by and between William M. Lombard, II and

Applied Graphics Technologies, Inc. that the action is dismissed with prejudice, with

each side to bear its own costs.


Charles S. Hirsch, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
300 E. Lombard Street, 19th Floor
Baltimore, MD 21202-3268
(410) 528-5503

Attorneys for Defendant


Thomas M. Meachum, Esq.
Reese and Carney, LLP
10715 Charter Drive
Columbia, MD 21044
(410) 740-4600

Attorneys for Plaintiff


Approved
Ca _____
USDJ    10/17/01

MICROFILMED

OCT 18 2001